# COURT MINUTES
## Magistrate Judge Lisette Reid

Atkins Building Courthouse - 3rd Floor — Date: 09/21/2026 Time: 10:00 AM

Defendant: Angel Mario Yarce Sierra J#: 52735-506 Case #: 22-CR-20104-BECERRA

AUSA: Dwayne Williams Attorney:

Violation: Conspiracy to Kill or Kidnap Outside U.S Surr/Arrest Date: 09/20/2026 YOB: 1979

Proceeding: Initial Appearance CJA Appt: Patrick Wilson

Bond/PTD Held: ○ Yes ○ No Recommended Bond: Temp PTD (Nayib Hassan covering.)

Bond Set at: $ Co-signed by:

- [ ] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or ______ x's a week/month by phone: ______ x's a week/month in person
- [ ] Random urine testing by Pretrial Services ______ Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ______ pm to ______ am, paid by ______
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to:
- [ ] Other:

Language: Spanish

Disposition: Defendant sworn; Defendant advised of rights and charges. Defendant's request for appointment of counsel, Granted. AFPD conflict. CJA Appointed. Government seeks PTD based on risk of flight and danger to the community; Gov't's ore tenus motion for PTD Hearing Granted. A Brady Order Given. from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| PTD/Bond Hearing: | 9/25 | 10:00 am | Duty | Miami |
| Prelim/Arraign or Removal: | 9/25 | 10:00 am | Duty | Miami |
| Status Conference RE: financial eligibility | 9/25 | 10:00 am | Duty | Miami |

D.A.R. 10:28:40/11:08:04

Time in Court: 17 mins

s/Lisette Reid Magistrate Judge