IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-CR-20104-BECERRA

UNITED STATES OF AMERICA

Plaintiff,

VS.

ENALBER VARGAS GOMEZ,

Defendant.

---

**MOTION TO ADOPT DEFENDANT JHON JADER ANDELA'S UNOPPOSED MOTION FOR AN ORDER INSTRUCTING FDC MIAMI TO FACILITATE IN-PERSON ATTORNEY-CLIENT VISITS WITH CLIENT/INMATE**

Defendant, Enalber Vargas Gomez, through counsel, respectfully request that the Court allow him to adopt Defendant Jhon Jader Andela's Unopposed Motion for an Order Instructing FDC MIAMI to Facilitate In-Person Attorney-Client Visits with Client/Inmate. Mr. Vargas Gomez is similarly situated at FDC MIAMI, and for this reason counsel hereby files this Motion to Adopt, and seeks the same relief.

Respectfully submitted,

/s/ Marc David Seitles

Marc David Seitles
Fla. Bar No. 0178284

**Law Offices of Marc David Seitles, P.A.**
Museum Tower
200 S. Andrews Avenue, Suite 900
Ft. Lauderdale, Fl 33301
Tel: (954) 548-3350
Email: mseitles@seitleslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2026, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Marc David Seitles
Marc David Seitles, Esq.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-CR-20104-BECERRA

UNITED STATES OF AMERICA

Plaintiff,

VS.

ENALBER VARGAS GOMEZ,

Defendant.

---

**ORDER GRANTING DEFENDANT'S MOTION TO ADOPT DEFENDANT JHON JADER ANDELA'S UNOPPOSED MOTION FOR AN ORDER INSTRUCTING FDC MIAMI TO FACILITATE IN-PERSON ATTORNEY-CLIENT VISITS WITH CLIENT/INMATE**

THIS CAUSE came before the Court on Defendant, Enalber Vargas Gomez', Motion to Apdot Co-Defendant, Jhon Jader Andela's Motion [DE 2023], and the Court having reviewed said Motion and being otherwise duly advised in the premises, it is upon consideration,

ORDERED AND ADJUDGED that the motion is GRANTED.

The Federal Bureau of Prisons is hereby directed and required to provide Defendant Enalber Vargas Gomez, Register Number.: 52724-506 and his defense counsel during visiting hours, upon Defense counsel's request, full access to a private conference room designated for attorney visits without a glass partition separating defense counsel from Mr. Vargas Gomez at FDC Miami, or at any other facility in which Mr. Vargas Gomez may be housed pending trial.

DONE AND ORDERED at the United States District Courthouse at Miami, Florida, on this ____ day of October, 2026.

________________________________
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**