United States District Court
Southern District of Florida

Case No.: 22-cr-20104-JB

United States of America,

Plaintiff,

v.

Angel Mario Yarce Sierra,

Defendant.

_________________________/

**Defendant's Notice of Striking Docket Entry 2083**

Defendant Angel Mario Yarce Sierra, by and through undersigned counsel, provides his notice of striking of docket entry 2083. This wrong .pdf file was erroneously filed.

Respectfully submitted,

*/s/ Patrick Wilson*

Patrick David Wilson
Florida Bar No. 109325

Patrick Wilson Law, PLLC
13501 SW 128TH ST STE 205
MIAMI FL 33186-5863
786-263-9240
patrick@patrickwilsonlaw.com

**Certificate of Service**

I hereby certify that on October 9, 2026, undersigned counsel electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Patrick Wilson*

______________________

Patrick David Wilson