United States District Court
Southern District of Florida

Case No.: 22-cr-20104-JB

United States of America,

Plaintiff,

v.

Angel Mario Yarce Sierra,

Defendant.

_________________________/

**Defendant's Motion to Adopt Defendant Jhon Jader Andela's Unopposed Motion for an Order Instructing FDC Miami**
**<u>To Facilitate In-Person Attorney-Client Visits with Client/Inmate</u>**

Defendant Angel Mario Yarce Sierra, by and through undersigned counsel, moves this Honorable Court to permit Mr. Sierra to adopt Defendant Jhon Jader Andela's Unopposed Motion for an Order Instructing FDC Miami to Facilitate In-Person Attorney-Client Visits with Client/Inmate. Mr. Sierra is similarly situated at FDC Miami, and for this reason counsel hereby files this motion to adopt, and seeks the same relief.

Respectfully submitted,

*/s/ Patrick Wilson*
_________________________

Patrick David Wilson
Florida Bar No. 109325

Patrick Wilson Law, PLLC
13501 SW 128TH ST STE 205
MIAMI FL 33186-5863
786-263-9240
patrick@patrickwilsonlaw.com

**Certificate of Service**

I hereby certify that on October 5, 2026, undersigned counsel electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Patrick Wilson*

Patrick David Wilson

United States District Court
Southern District of Florida

Case No.: 22-cr-20104-JB

United States of America,

Plaintiff,

v.

Angel Mario Yarce Sierra,

Defendant.

_________________________/

**Order Granting Defendant's Motion to Adopt Defendant Jhon Jader Andela's Unopposed Motion for an Order Instructing FDC Miami To Facilitate In-Person Attorney-Client Visits with Client/Inmate**

This cause came before the Court on Defendant, Angel Mario Yarce Sierra to Adopt Co-Defendant, Jhon Jader Andela's Motion [DE 2023], and the Court having reviewed said Motion and being otherwise duly advised in the premises, it is upon consideration,

ORDERED AND ADJUDGED that the motion is GRANTED.

The Federal Bureau of Prisons is hereby directed and required to provide Defendant Angel Mario Yarce Sierra, Register Number.: 52735-506 and his defense counsel during visiting hours, upon Defense counsel's request, full access to a private conference room designated for attorney visits without a glass partition separating defense counsel from Mr. Sierra at FDC Miami, or at any other facility in which Mr. Sierra may be housed pending trial.

DONE AND ORDERED at the United States District Courthouse at Miami, Florida, on

this _____ day of October, 2026.

______________________________

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**