United States District Court
Southern District of Florida

Case No.: 22-cr-20104-JB

United States of America, Plaintiff,

v.

Angel Mario Yarce Sierra,

Defendant.

_______________________________/

**Order Granting Defendant's Motion to Adopt Defendant Jhon Jader Andela's Unopposed Motion for an Order Instructing FDC Miami to Facilitate In-Person Attorney-Client Visits with Client/Inmate**

**THIS CAUSE** came before the Court on Defendant, Angel Mario Yarce Sierra to Adopt Co-Defendant, Jhon Jader Andela's Motion [ECF 2110], and the Court having reviewed said Motion and being otherwise duly advised in the premises, it is upon consideration,

**ORDERED AND ADJUDGED** that the motion is **GRANTED**. The Federal Bureau of Prisons is hereby directed and required to provide Defendant Angel Mario Yarce Sierra, Register Number.: 52735-506 and his defense counsel during visiting hours, upon Defense counsel's request, full access to a private conference room designated for attorney visits without a glass partition separating defense counsel from Mr. Sierra at FDC Miami, or at any other facility in which Mr. Sierra may be housed pending trial.

**DONE AND ORDERED** in Miami, Florida, on this 9th day of October, 2026.

_______________________________

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**